```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 07074
   DAWN M POWELL
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-4089

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 04/19/2007 and was confirmed 06/27/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 04/02/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
LITTON LOAN SERVICING     CURRENT MORTG         .00             .00            .00
LITTON LOAN SERVICING     MORTGAGE ARRE         .00             .00            .00
MORGEN & ERL              NOTICE ONLY    NOT FILED             .00            .00
NUVELL CREDIT CO LLC      SECURED VEHIC    26575.00         1676.50        2942.19
NUVELL CREDIT CO LLC      UNSECURED            .05             .00            .00
CITY OF CHICAGO WATER DE  SECURED           2400.00             .00         175.00
CORPORATE                 UNSECURED      NOT FILED             .00            .00
EVANSTON NORTHWESTERN HE  UNSECURED      NOT FILED             .00            .00
GARY G SCHIFF & ASSOCIAT  UNSECURED      NOT FILED             .00            .00
INTERNATIONAL CORRESP SC  UNSECURED      NOT FILED             .00            .00
I C COLLECTION SERVICE    UNSECURED      NOT FILED             .00            .00
LEASE FINANCE GROUP       UNSECURED         1452.39             .00            .00
NCO FINANCIAL SYSTEMS     UNSECURED      NOT FILED             .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         2701.23             .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         3682.59             .00            .00
ASSET ACCEPTANCE LLC      UNSECURED         1790.00             .00            .00
BELL WEST CONDOMINIUM AS  SECURED           2586.00             .00         175.00
ILLINOIS DEPT OF REVENUE  PRIORITY          3172.83             .00            .00
ILLINOIS DEPT OF REVENUE  UNSECURED          646.80             .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       1,334.00                        407.92
TOM VAUGHN                TRUSTEE                                           378.39
DEBTOR REFUND             REFUND                                               .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  5,755.00

PRIORITY                                           .00
SECURED                                       3,292.19
   INTEREST                                   1,676.50
```

PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 07074 DAWN M POWELL

```
UNSECURED                                                          .00
ADMINISTRATIVE                                                  407.92
TRUSTEE COMPENSATION                                            378.39
DEBTOR REFUND                                                      .00
                                     ----------------   ----------------
TOTALS                                       5,755.00           5,755.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 07/18/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE